USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:06-mc-03338-MEF    Document 4    Filed 10/25/2006    Page 1 of 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"



| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06-MC-3338-MEF |
| DEFENDANT | TYPE OF PROCESS |
| MCCULLOUGH OIL SUPERFUND SITE | WARRANT FOR ENTRY & ACCESS |

RECEIVED 2006 OCT -5 P 2: 41

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID STOUGH
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3655 COUNTY RD 15, MAPLESVILLE, AL 36750

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

R. RANDOLPH NEELEY
ASSISTANT U.S. ATTORNEY
ONE COURT SQUARE, SUITE 201
MONTGOMERY, AL 36104

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

David Stough is the current owner of the McCullough Oil Superfund Site located at 148 Chilton County Rd 523, Verbena, AL.

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 10/5/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk | Date 10/5/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ✓ have personally served, ✓ have legal evidence of service, ✓ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
SAME AS ABOVE

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
SAME AS ABOVE

Date: 10/16/06   Time: 4:46 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $135.00 | $38.27 | | 173.27 | | $0.00 |

REMARKS: RETURNED AND FILED OCT 25 2006

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00